UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOE HAND PROMOTION, INC.,**         CASE NO. 11-2190
        **Plaintiff**

                                                                       SECTION " F "

**VS.**

                                                                       MAGISTRATE JUDGE 5

**JENNI M. DANG, ET AL,**
        **Defendants**

*************************************************************************

**MOTION TO DISMISS**
**PLAINTIFF'S MOTION FOR AND ORDER TO OBTAIN DEFAULT JUDGMENT**

     **NOW INTO COURT,** comes defendants, Jenni M. Dang, individually, and as officers, directors, shareholders, and/or principals of House of Dang, Inc., d/b/a Lotus Ultra Lounge and House of Dang, Inc. d/b/a Lotus Ultra Lounge, and move to dismiss the plaintiff's Motion for Default Judgment and the Order to Obtain Default Judgment, for the following reasons, to-wit:

1.

     On or about September 1, 2011, plaintiff, Joe Hand Promotion, Inc., filed a complaint against the defendants.

2.

     Docket entries regarding summons return executed were made between February 3 and 7, 2012.

3.

     On or about March 5, 2012, the court ordered the plaintiff to obtain a response pleading or preliminary default on all served defendants by April 23, 2012.

4.

     On or about April 24, 2012, the court by call docket ordered the plaintiff to obtain a

default judgment within thirty (30) days.

5.

Prior to a default being taken, defendants retained counsel and an answer was filed on behalf of the defendants on or about May 16, 2012.

6.

Based upon the foregoing, defendants respectfully request that the Motion for and Order to Obtain Default Judgment be dismissed.

WHEREFORE, movers pray that plaintiff's Motion for and Order to Obtain Default Judgment be dismissed.

Respectfully Submitted:

/s Philip A. Costa
PHILIP A. COSTA (LSBN 4428)
Costa Law Firm
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9322
Facsimile: (504) 581-2773
Email: pcosta@costalawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s Philip A. Costa
PHILIP A. COSTA